UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GREGORY S. DWORJAN,

          Plaintiff,

          v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

Civil Action No. 13-2671 (MAS)(TJB)

**ORDER**

This matter comes before the Court on Defendants United States of America; Ray Mabus, Secretary of the Navy; Board for Correction of Naval Records ("BCNR"); and the Naval Discharge Review Board's ("NDRB") (collectively, "Defendants" or the "Navy") motion for reconsideration, pursuant to Local Civil Rule 7.1(i), of the Court's June 15, 2015 Order denying Defendants' Motion for Summary Judgment (ECF No. 62). (ECF No. 63.) Plaintiff Gregory S. Dworjan ("Plaintiff") filed an opposition brief (ECF No. 64), and Defendants replied (ECF No. 70). The Court, having considered the parties' submissions, decides the matter without oral argument. For the reasons stated in the accompanying Memorandum Opinion, and other good cause shown,

IT IS on this 28 day of January 2016, ORDERED that:

1. Defendants' Motion for Reconsideration (ECF No. 63) is GRANTED;

2. The Court's June 15, 2015 Order (ECF No. 62) is VACATED;

3. Defendants' Motion for Summary Judgment (ECF No. 9) is GRANTED; and

4. The Clerk of the Court shall CLOSE this case.

*[signature]*
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE